**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 492 EAL 2015

                      Respondent      :

                                   :   Petition for Allowance of Appeal from

                                 :   the Order of the Superior Court

          v.                    :

                                 :

OLIVER MACKLIN,                :

                               :

                Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.